# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN MOSZ,

    Defendant.

Case No. 2:22-cr-00103-ART-NJK

**Order**

(Docket No. 23)

Pending before the Court is Defendant's motion to file under seal, Docket No. 23, which was submitted in conjunction with Defendant's motion to compel transport, Docket No. 24. Defendant submits that his motion is supported by documents protected by HIPAA which contain personal identifying information. Docket No. 23 at 2. Defendant fails to address, however, whether the motion and exhibits that are not HIPAA protected can be redacted. S*ee Kamakana v. City & Cty of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Further, Defendant fails to indicate whether any of this information has already been made public in his civil case. Therefore, the motion to seal is **DENIED** without prejudice. Docket No. 23. Defendant must file a renewed motion to seal no later than September 22, 2022. The Clerk's Office is **INSTRUCTED** to retain the motion at Docket No. 24 under seal pending the Court's resolution of the renewed motion to seal.

IT IS SO ORDERED.

Dated: September 16, 2022.

_____

NANCY J. KOPPE

UNITED STATES MAGISTRATE JUDGE

1