UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MOSZ,<br><br>Defendant. | Case No. 2:22-cr-00103-ART-NJK<br><br>**ORDER TO CONTINUE GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND SENTENCING BRIEF**<br><br>(First Request) |

**ORDER**

IT IS ORDERED that the government's deadline to respond to defendant Jonathan Mosz's Objections to Presentence Investigation Report (ECF No. 76) and Sentencing Brief (ECF No. 78) be continued from August 21, 2023, to August 22, 2023.

DATED this 21st day of August, 2023.

By: _____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE