UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>JONATHAN MOSZ,<br><br>　　　　　　　Defendant. | Case No. 2:22-CR-00103-ART-NJK-1<br><br>ORDER STRIKING FUGITIVE DOCUMENT |

  Defendant Jonathan Mosz has filed a pro se letter to the Court (ECF No. 95). Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the Court. LR IA 11-6. Because Mr. Mosz is represented by counsel, his pro se motion is a fugitive document. The Court will therefore direct the Clerk to strike the letter from this action.

  It appears that Mr. Mosz's letter discusses allegations of inadequate medical care while in prison. This type of claim cannot be litigated in a criminal proceeding. Rather, a claim regarding a violation of an inmate's constitutional rights may be brought in a civil case under 42 U.S.C. § 1983. The Court will direct the clerk to attach to this order a copy of the inmate civil rights complaint form.

  It is therefore ordered that the Clerk of Court kindly STRIKE the letter filed at ECF No. 95.

  It is further ordered that the Clerk file and send, along with this order, a copy of the inmate civil rights complaint form.

  Dated this 23rd day of May 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE